MEMORANDUM OPINION



No. 04-09-00089-CV



IN THE ESTATE OF DANIEL BERNARD LEVINSON, DECEASED



From the Probate Court No. 2, Bexar County, Texas


Trial Court No. 2008-PC-0290


Honorable Tom Rickhoff, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: March 4, 2009


DISMISSED

 Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss
is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). Costs of appeal are taxed
against the appellant. See id. at (d). 


 PER CURIAM